IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| LIFE EXTENSION FOUNDATION, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:13-cv-1219-JEB |
| ) | |
| UNITED STATES DEPARTMENT OF ) | |
| TREASURY – INTERNAL REVENUE ) | |
| SERVICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

## **JOINT STIPULATION OF DISMISSAL**

Plaintiff, Life Extension Foundation, Inc., and defendant, the United States Department of Treasury, Internal Revenue Service, have reached a settlement that resolves all issues in this case. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of this action with prejudice. The parties shall bear their own costs and fees.

Dated: June 4, 2018

/s/ Michael S. Pasano
MICHAEL S. PASANO
(DC Bar # 943449)
Carlton Fields Jordan Burt
100 S.E. Second Street, Suite 4200
Miami, FL 33131-2113
Tel/Fax: (305) 530-4064 / (305) 530-0055
mpasano@carltonfields.com

/s/ Harry R. Schafer
HARRY R. SCHAFER
Kenny Nachwalter, P.A.
Four Seasons Tower
1441 Brickell Avenue, Ste. 1100
Miami, FL 33131
Tel/Fax: (305) 373-1000 / (305) 372-1861
hrs@knpa.com
*Counsel for Plaintiff*

Respectfully submitted,

RICHARD E. ZUCKERMAN
Principal Deputy Assistant Attorney General

/s/ Christopher J. Williamson
CHRISTOPHER J. WILLIAMSON
STEPHANIE A. SASARAK
Trial Attorneys, Tax Division
U.S. Department of Justice
Ben Franklin Station, P.O. Box 227
Washington, DC 20044
Tel/Fax: (202) 307-2250 / (202) 514-6866
christopher.j.williamson@usdoj.gov

OF COUNSEL:
JESSIE K LIU
United States Attorney for the
District of Columbia
*Counsel for Defendant*